### LEE MANICCHIA v. THE STATE.

#### No. 4323.    Decided December 27, 1916.

**Aggravated Assault—Jury and Jury Law—Criminal District Court.**

Where, upon trial of aggravated assault in the Criminal District Court of Dallas county, a jury of twelve men were impaneled, and a verdict was returned finding the defendant guilty by eleven of the jurors, the other refusing to concur, the same was reversible error.    Following Cortonelia v. State, recently decided, and other cases.

Appeal from the Criminal District Court of Dallas.    Tried below before the Hon. R. B. Seay.

Appeal from a conviction of aggravated assault; penalty, a fine of twenty-five dollars.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

HARPER, JUDGE.—Appellant was convicted of aggravated assault, and his punishment assessed at a fine of $25.

Appellant was tried in the Criminal District Court of Dallas County, a jury of twelve men being empaneled.    The verdict was returned by eleven of the jurors—one of the jurors, J. R. Bell, refusing to concur in or sign the verdict.    This question was recently before this court in the Cortonelia case and Renfro case, and for the reasons stated in these cases this case must be reversed and remanded.

The judgment is reversed and the cause remanded.

*Reversed and remanded.*